**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONTRAY L. BROWN,** | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No. 1:24-cv-271** |
| **vs.** | ) | |
| | ) | |
| **SUZANNE C. MACK, et al,** | ) | |
| **Defendants.** | ) | |

# ORDER

This action was received by the Clerk of Court on October 7, 2024. The matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, acting pro se, alleges that multiple Defendants violated constitutional rights. His legal claims arise out of a landlord/tenant dispute that resulted in his eviction and eventually his arrest.

By Report and Recommendation issued on July 28, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that:

- Brown's claims against Judges Brabender, Mack, and Wilson be dismissed, with prejudice, pursuant to the Court's screening authority under § 1915(e)(2). Judges Brabender, Mack and Wilson should be dismissed from this action.

- Brown's claims against Shumac Rentals, Eric Shumac, Holly Moore, and Anthony Bowers should be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 20(a)(2). If Brown wishes to pursue those unrelated claims in federal court, he should be direct to file separate actions and pay the filing fee or seek leave to proceed in forma pauperis for each case.

- Brown's excessive force claim against David Eddy should be permitted to proceed under the current case number.

ECF No. 30.

Plaintiff filed Objections to the Report and Recommendation. ECF No. 32. Plaintiff accepts Judge Lanzillo's recommendation as to the severance of parties, but objects to the recommendation that the judicial Defendants be dismissed due to judicial immunity. Despite Plaintiff's protestations to the contrary, these judicial officers are immune from suit for all the reasons articulated by Judge Lanzillo in the Report and Recommendation.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). After *de novo* review of the complaint, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of August 2026;

IT IS ORDERED that Brown's claims against Judges Brabender, Mack, and Wilson are dismissed with prejudice pursuant to the Court's screening authority under § 1915(e)(2). The Clerk is directed to terminate Judges Brabender, Mack, and Wilson from the docket.

IT IS FURTHER ORDERED that Brown's claims against Shumac Rental, Eric Shumac, Holly Moore, and Anthony Bowers are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 20(a)(2). If Brown wishes to pursue those claims in federal court, he may file separate actions and pay the filing fee or seek leave to proceed in forma pauperis for each case.

IT IS FURTHER ORDERED that Brown's excessive force claim against David Eddy should be permitted to proceed under the current case number.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on July 28, 2026 [ECF No. 30] is adopted as the opinion of the court. Service will be directed by Judge Lanzillo.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge